## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

LORENZO RODGERS

   PLAINTIFF

JUDGMENT IN A CIVIL CASE

VS

SARA LEE CORP,,

CASE NO: 08-2349-V

   DEFENDANTS

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that in accordance with the Order Of Dismissal Without Prejudice, entered on March 20, 2009, this cause is dismissed without prejudice, pursuant to FRCP 41(a)(2).

**APPROVED:**

s/Diane K. Vescovo
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

| March 23, 2009 | Thomas M. Gould |
|---|---|
| Date | Clerk of Court |

                                        s/Betty Guy
                                      (By) Deputy Clerk